NORTHERN CALIFORNIA SUPERMARKETS, INC., Plaintiff-Appellant,

v.

CENTRAL CALIFORNIA LETTUCE PRODUCERS COOPERATIVE et al., Defendants-Appellees.

No. 76–1456.

United States Court of Appeals, Ninth Circuit.

Aug. 11, 1978.

Before SMITH,* DUNIWAY and WALLACE, Circuit Judges.

PER CURIAM:

The judgment is affirmed for the reasons stated by the trial judge, Judge Orrick, in his opinion. *Northern California Supermarkets, Inc. v. Central California Lettuce Producers Cooperative, et al.,* N.D.Cal., 1976, 413 F.Supp. 984. See also, the opinion of the Federal Trade Commission in the matter of *Central California Lettuce Producers Cooperative, et al.,* Docket No. 8970, July 25, 1977, C.C.H. Trade Regulation Reports, ¶ 21,337.

Affirmed.

UNITED STATES of America, Plaintiff-Appellee,

v.

The STATE OF CALIFORNIA, State WATER RESOURCES CONTROL BOARD, et al., Defendants-Appellants.

No. 75–3554.

United States Court of Appeals, Ninth Circuit.

Aug. 16, 1978.

Roderick Walston, Atty. (argued), San Francisco, Cal., for defendants-appellants.

Carl Strass, Atty. (argued), Dept. of Justice, Washington, D. C., for plaintiff-appellee.

Before DUNIWAY, CARTER and WALLACE, Circuit Judges.

ORDER

Pursuant to the mandate of the Supreme Court of the United States (*California et al. v. United States,* —— U.S. ——, 98 S.Ct. 2985, 57 L.Ed.2d 1018 (1978)), the judgment appealed from is reversed and the case is remanded to the district court for further proceedings, in conformity with the opinion of the Supreme Court.

* The Honorable J. Joseph Smith, Senior United States Circuit Judge for the Second Circuit, sitting by designation.